**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DUNYASHA YETTS** | ) | CASE NO. 5:18-cv-01115-JRA |
| | ) | |
| Plaintiff | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. WELL SERVICES, LLC, et al. | ) | **STIPULATION FOR LEAVE TO PLEAD** |
| | ) | |
| Defendants | ) | |

We, the attorneys for the respective parties, hereby stipulate by agreement that Defendant U.S. Well Services, LLC may move or plead to respond to Plaintiff's Complaint on or before July 26, 2018, and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

/s/ *Matthew S. Grimsley* (per phone consent)
**MATTHEW S. GRIMSLEY (0092942)**
Caryn Groedel & Associates Co., LPA
31340 Solon Road, Suite 27
Cleveland, Ohio 44139
440.544.1122 – Telephone
440.996.0064 – Facsimile
mgrimsley@groedel-law.com
**Attorney for Plaintiff**

/s/ *Kristin L. Wedell*
**KRISTIN L. WEDELL (0072500)**
Dickie, McCamey & Chilcote, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, Ohio 44114
216.685.1827 – Telephone
888.811.7144 – Facsimile
kwedell@dmclaw.com
-and-
Piero P. Cozza (0072419)
Dickie, McCamey & Chilcote, P.C.
401 Market Street, Suite 401
Steubenville, Ohio 43952
740.284.1682 – Telephone
888.811.7144 – Facsimile
pcozza@dmclaw.com
**Attorneys for Defendant**
**U.S. Well Services, LLC**

## CERTIFICATE OF SERVICE

A copy of the foregoing Stipulation for Leave to Plead to Answer was filed electronically this 21st day of June, 2018. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Kristin L. Wedell*
**KRISTIN L. WEDELL (0072500)**
**Attorney for Defendant**
**U.S. Well Services, LLC**