UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO - EASTERN DIVISION

| | |
|---|---|
| DUNYASHA YETTS ) | Case No.  5:18-cv-01115-JRA |
| ) | |
| Plaintiff, ) | JUDGE JOHN R. ADAMS |
| ) | |
| vs. ) | **NOTICE OF SERVICE OF DEFENDANT U.S.** |
| ) | **WELL SERVICES, LLC'S RESPONSES TO** |
| U.S. WELL SERVICES, LLC, *et al.* ) | **PLAINTIFF'S FIRST SET OF** |
| ) | **INTERROGATORIES** |
| Defendants. ) | |

Please take notice that *Defendant U.S. Well Services, Inc.'s Responses to Plaintiff's First Set of Interrogatories* were served upon the following parties by U.S. Mail, postage prepaid, as well as by electronic transmission this 8th day of February, 2019, to the following at their last known addresses as shown below:

Matthew Grimsley, Esq.
Caryn Groedel & Associates Co., LPA
31340 Solon Road, Suite 27
Cleveland, OH  44139
E-mail:  mgrimsley@groedel-law.com
*Attorneys for Plaintiff*

Respectfully Submitted,

*/s/ Piero P. Cozza*
Piero P. Cozza (#0072419)
Dickie, McCamey & Chilcote, P.C.
401 Market Street, Suite 401
Steubenville, Ohio 43952
Telephone:  740-284-1682
Facsimile:  888-811-7144
pcozza@dmclaw.com

Kristin L. Wedell, Esq. (#0072500)
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, OH  44114
Telephone:  216-685-1827
Facsimile:  888-811-7144
kwedell@dmclaw.com

Stephen H. Lee, Esq.
Susan E. Cates, Esq.
PORTER HEDGES, LLP
1000 Main Street, 36th Floor
Houston, TX  77002
Telephone:  (713) 226-6709
slee@porterhedges.com
scates@porterhedges.com